RECEIVED

NOV 13 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MARTY J. HEBERT<br>LA. DOC #368170<br>VS. | CIVIL ACTION NO. 6:15-cv-2348<br><br>SECTION P<br><br>JUDGE REBECCA F. DOHERTY |
| WARDEN BURL CAIN | MAGISTRATE JUDGE CAROL B. WHITEHURST |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the petition be deemed **SUCCESSIVE** and **DISMISSED** for want of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _13_ day of _Nov._, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE