RECEIVED

FEB - 2 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Marty J. Hebert<br>LA. DOC #368170 | Civil Action No. 6:15-cv-2348 |
| versus | Section P |
| | Judge Rebecca F. Doherty |
| Warden Burl Cain | Magistrate Judge Carol B. Whitehurst |

### JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Petitioner's motion for relief pursuant to Federal Rule of Civil Procedure 60(b) (Doc. 7) is DENIED, consistent with the report and recommendation.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the petitioner. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. § 2253, denies a certificate

of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this ___2nd___ day of ___February___, 2017.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE